**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 19-30912 |
| Mark Adams; | CHAPTER 13 |
| Debtor(s). | JUDGE Janet S. Baer |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on March 27, 2020 at 9:30 AM, or soon thereafter as counsel may be heard, I shall appear before the Honorable Janet S Baer or any judge sitting in his/her stead, in the courtroom usually occupied by him/her in Room 240 at 100 South Third Street, Geneva, IL 60134, and move to present the attached motion.

/s/ Nisha B. Parikh
Attorney for Creditor

**NOTE: This law firm is deemed to be a debt collector.**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2020 a true and correct copy of the foregoing NOTICE OF MOTION was served:

Via the Court's ECF system on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Dustin B Allen, Debtor's Counsel
Glenn B Stearns, Trustee
Patrick S Layng, U.S. Trustee

And by regular US Mail, postage pre-paid on:

Mark Adams, 310 Lakeview Drive, Aurora, IL 60506
Mary L. Adams, 310 Lakeview Dr, Aurora, Illinois 60506

/s/ Veronica Gerardo

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                                                                    CASE NO. 19-30912

Mark Adams;                                                                      CHAPTER 13

Debtor(s).                                                                           JUDGE Janet S. Baer

**MOTION FOR RELIEF FROM AUTOMATIC STAY AND RELIEF FROM THE CO-DEBTOR STAY**

Now comes Fifth Third Bank, National Association, secured creditor herein, by and through its attorneys, ANSELMO LINDBERG & ASSOCIATES LLC, and moves for entry of the attached Order Granting Relief from the Automatic Stay and Relief from the Co-Debtor Stay and in support thereof respectfully states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and the general orders of the Northern District of Illinois.

2. Venue is fixed in this Court pursuant to 28 U.S.C. § 1409.

3. This matter constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G).

4. The debtor filed a petition for relief under Chapter 13 on October 30, 2019. The Chapter 13 Plan was confirmed on January 31, 2020.

5. Fifth Third Bank, National Association holds a mortgage secured by a lien on debtor's real estate commonly known as 310 Lakeview Dr, Aurora, Illinois 60506.

6. Mary L. Adams signed the Mortgage, Note, and Loan Modification as a co-obligor.

7. As of March 12, 2020 there is no equity in the property as the value is $321,451.00 (per Schedule A/B) and the total payoff amount is $298,941.97. Debtor has a 50% interest in the subject property. After the homestead exemptions and costs of sale, there would be no funds left to administer to the estate (See Attached Equity Analysis).

8. As of March 12, 2020 the loan is past due for the January 1, 2020 to March 1, 2020 payments in the amount of $2,633.15 each. There is a suspense balance of $2,593.56. The total default is $6,536.89, including attorney fees and costs in the amount of $1,231.00 for bringing this motion.

9. The failure of the debtor to make timely payments is cause for the automatic stay to be modified as to the movant pursuant to 11 U.S.C. § 362(d)(1).

10. That Section 1301(c) of the Bankruptcy Code states: "On request of a party in interest and after notice and a hearing, the court shall grant relief from the stay, provided by subsection (a) of this section with respect to a creditor, to the extent that (2) the plan filed by the debtor proposes not to pay such a claim."

11. The movant requests the Court order that Rule 4001(a)(3) is not applicable

WHEREFORE, Movant prays for an entry of the attached Order Granting Relief from the Automatic Stay and Relief from the Co-Debtor Stay and for such further relief as this Court deems proper.

Fifth Third Bank, National Association
/s/ Nisha B. Parikh

Anselmo Lindberg & Associates
1771 W. Diehl Rd., Ste. 120
Naperville, IL 60563-4947
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
ILbankruptcy@dallegal.com
Firm File Number: B19110008

This law firm is deemed to be a debt collector.

# Equity Analysis Worksheet

**Debtor:** Mark Adams;
**Case Number:** 19-30912
**Trustee:** Glenn B Stearns

| | | |
|---|---|---|
| **Fair Market Value of Home:** | | **$321,451.00** |
| **Deductions from Proceeds** | | |
| Broker's Commission (6%) | | $19,287.06 |
| Cost of Sale (3%) | | $9,643.53 |
| Mortgages | | $298,941.97 |
| **Total Deductions from Sale Proceeds** | | **$327,872.56** |

**Net Proceeds from Sale of Home after Deductions**     $-6,421.56

**Debtor's Interest**     $-6,421.56

**Debtor's Percent Interest**     50%

**Debtor's Exemptions**     $15,000.00
($15,000 per individual on title and in residence, maximum of $30,000)

**Net Proceeds Available to Estate**     $-18,210.78

**Trustee Compensation**

| | | |
|---|---|---|
| 25% of first $5,000 | $0.00 | $0.00 |
| 10% of next $45,000 | $0.00 | $0.00 |
| 5% of next $950,000 | $0.00 | $0.00 |
| 3% of Balance | $0.00 | $0.00 |
| **Total Trustee Compensation** | **$0.00** | |

Estimated Administrative Costs     $28,930.59
**Net Proceeds After Trustee Compensation**     $-18,210.78